UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRIAN BUZEK,**

    **Plaintiff,**

v.                                                                                                     Case No. 8:18-cv-401-T-27JSS

**INTEGON NATIONAL INSURANCE COMPANY,**

    **Defendant.**

_____/

**ORDER**

    The Court has been advised that this case has been settled (Dkt. 18). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** in chambers this 2nd day of January, 2019.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record